Argued and submitted September 30; resubmitted In Banc October 6, affirmed by an equally divided court October 19, reconsideration denied October 21, petition for review denied October 26, 1993 (318 Or 25)

Charles E. CLEMANS
and Marta Goosey,
*Appellants,*

*v.*

John F. KAUFFMAN,
City of Oregon City and Jean K. Elliot,
*Respondents,*

*and*

Phil KEISLING,
Secretary of State,
*Intervenor-Respondent.*

(93-8-376; CA A81147)

859 P2d 1202

Charles F. Hinkle argued the cause and filed the briefs for appellants.

Alison Kean Campbell argued the cause for respondents City of Oregon City and Jean Elliott. With her on the brief were Edward J. Sullivan and Preston Thorgrimson Shidler Gates & Ellis.

Thomas A. Balmer, Deputy Attorney General, argued the cause for intervenor-respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Rives Kistler, Assistant Attorney General.

Scott H. Parker, County Counsel, waived appearance for respondent John F. Kauffman.

Affirmed by an equally divided court.